Oishei v. Pennsylvania R. R. Co., and Bruno, 91 N. Y. Supp. 1034, argued herewith; and, on the authority of the opinion in that case, the judgment should be reversed, and a new trial granted with costs to the appellant to abide the event.

O'NEIL, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Rose Ann O'Neil against the Interurban Street Railway Company. No opinion. Order denying motion for new trial affirmed, with costs.

O'NEILL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Mary O'Neill against the city of New York. T. Connoly, for appellant. E. G. Stevens, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. McLAUGHLIN and LAUGHLIN, JJ., dissent.

O'ROURKE v. DELLITH. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Dora O'Rourke against Ferdinand Dellith. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re ORR et al. (Supreme Court, Appellate Division, First Department. February 10, 1905.) In the matter of Alexander E. Orr and others. No opinion. Application granted.

ORR, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 16, 1905.) Action by William Orr against Anna Corning.

PER CURIAM. Motion to dismiss appeal granted, unless the appellant, on or before April 15, 1905, file and serve the printed papers on appeal as provided by rule 41, in which event said motion is denied; and, in case said printed papers are not served and filed as above provided, upon filing due proof of such default, the respondent may enter an order dismissing said appeal absolutely, with costs, without further notice.

OSTERHOUT et al., Appellants, v. WILEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Orlando S. Osterhout and another against William Wiley.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

SPRING and WILLIAMS, JJ., dissent, upon the ground that no reason is shown upon this appeal for interfering with the discretion exercised by the learned trial justice.

In re PALMER'S ESTATE. (Supreme Court, Appellate Division, First Department. February 24, 1905.) In the matter of Potter Palmer, deceased. E. R. Olcott, for appellant.

C. K. Carpenter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PARR, Respondent, v. LODER, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Benjamin Parr against Noah Loder, Jr. No opinion. Motion denied.

PATTERSON, Respondent, v. WOLFE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Margaret Patterson against Fred Wolfe and Nellie Wolfe.

PER CURIAM. Judgment of the County Court of Orange county affirmed, with costs.

HOOKER, J., not voting.

PAUL, Respondent, v. DELAWARE & H. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Mary T. Paul, as administratrix of James Paul, deceased, against the Delaware & Hudson Company. No opinion. Judgment and order unanimously affirmed, with costs.

PEACOCK, Respondent, v. BAILEY, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Samuel J. Peacock against Thomas Bailey.

PER CURIAM. Motion to dismiss appeal denied, on condition that the appellant perfect the appeal and bring the case on for argument at the next term. In default of compliance with this condition, the motion is granted, with costs.

PENDERGAST v. DORAN. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Margaret Pendergast against Ellen Doran, as administratrix. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

PENNELL, Appellant, v. FIDELITY CASUALTY CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by J. Frederick Pennell, as administrator, etc., against the Fidelity Casualty Company of New York. No opinion. Appeal dismissed under general rule 39.

PEOPLE v. BANK OF STATEN ISLAND. In re REYNAUD. (Supreme Court, Appellate Division, Third Department. March 21, 1905.) Proceedings by the people of the state of New York against the Bank of Staten Island. In the matter of the application of Albert Reynaud. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. BERDY, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Proceedings by the people of the state of New York against Louis Berdy. C. L. Hoffman, for appellant. R. S. Johnston, for respondent. No opinion. Order affirmed.